# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE: 16 B 27915 |
| | ) | |
| DARYL HOPKINS | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE:   DONALD R CASSLING |
| Debtor (s) | ) | |
| | ) | |
| | ) | |

## DISCHARGE OF TRUSTEE

Tom Vaughn, Chapter 13 Standing Trustee is discharged as Trustee and released from all liability in this case, and Trustee's surety is also released and discharged.

Dated: 3/23/2018